# FORM TO BE USED BY A PRISONER FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

FEB – 1 2008

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**KENNETH CARLOS HALL, # 020103**
7300 Marcies Choice Lane
Frederick, Maryland 21704

Civil Action No. L-08-301

v.

**ANNA HOLSMITH,** Med. Tech.
**CHUCK JENKINS,** Sheriff
Frederick County Adult Detention Center
7300 Marcies Choice Lane
Frederick, Maryland 21704

## COMPLANIT

**I.   Previous lawsuits**

    **A.**   Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants(s)?

        YES [ ]      NO [* ]

    **B.**   If you answered YES, describe that case(s) in the space below.

        **1.**      Parties to the other case(s):

        Plaintiff:_____

        Defendant(s):_____

2.     Court (if a federal court name the district; if a state court name the city or

county): _____

3.     Case No.: _____

4.     Date filed: _____

5.     Name of judge that handled the case: _____

6.     Disposition (won, dismissed, still pending, on appeal): _____

_____

7.     Date of disposition: _____

## II.    Administrative proceedings

A.     If you are in a Division of Correction facility, did you file an administrative remedy
procedure request under DCD 185-001, et seq.?

YES [   ]     NO [   ]

1.     If you answered YES:

a.     What was the result? _____

_____

b.     Did you appeal to the Commissioner?

YES [   ]     NO [   ]

2.     If you answered NO to either of the questions above, explain why you did not
file an administrative remedy procedure request or an appeal to the

Commissioner.   Not in a Division of Correction

facility. _____

_____

3.     Did you file any other type of administrative complaint such as an appeal to

the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [* ]     NO [   ]

4.     If you answered YES, explain what you filed and what was the result.

A grievance as well as an intent to file
suit.

B.     If you are not in a Division of Correction facility, is there a grievance procedure at your institution?

YES [ *]     NO [   ]

If your answer is YES:

1.     Did you file a grievance?

YES [ *]     NO [   ]

2.     If you filed a grievance what was the result? No final response.

3.     If you did not file a grievance explain why not? _____

**III.     Statement of claim**
(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are making a number of related claims, number and explain each claim in a separate paragraph.)

(see attachment 1)

_____

_____

_____

_____

_____

_____

_____

_____

_____

**IV.     Relief**
(State briefly what you want the Court to do for you)

(see attachment 2)

_____

_____

SIGNED THIS ___9___ day of __January__ , __2008__.

_____
(original signature of plaintiff)

7300 Marcies Choice Ln.

Frederick, Maryland 21704

_____

(address of plaintiff)

1983 Complaint Rev. (4/10/2006)                    4

Attachment 1

## Statement of Claim:

On December 16th 2007 Plaintiff went to medical due to flu like symptoms causing severe pains, fever and weakness, upon which the medical staff prescribed Plaintiff medication in accordance with Article 87, Section 46 Annotated Code of Maryland (effective July 1, 1994) Plaintiff paid for the sick call visit and medication. (see attachment)

On December 17th, 2007, at approx.9:00pm, Medication Technician Anna Holsmith did with a callous and wantonly intent, intentionally and arbitrarily denied Plaintiff, Kenneth C. Hall his medication to knowingly cause Plaintiff to suffer his ailments .

Defendant, while delivering medication to the inmates of F-Block at Frederick County Adult Detention Center (hereto and further FCADC), did deny Plaintiff's medication under color of state law upon personal reason. Plaintiff when Officer Jackson had F-block door opened asked Defendant if she had past out afternoon medication, upon Defendant stating "yes" Plaintiff then pleaded with Defendant that due to his illness that it is difficult to wake up, plus there being no alarm clocks moreover, that times listed in the handbook for inmates to follow are not the actual times nor near the times medication is pasted out, and that if she could have the officer wake Plaintiff I would appreciate it. Defendant responded sarcastically "thats not my job" Plaintiff then stated to Defendant "it wasn't
 your job to inform me to put my jumpsuit on this morning but I did so with out question".

Defendant then started to become argumentative, Wherefore, Plaintiff diverted his attention to Officer Jackson, to avoid any kind of confrontation with Defendant,

requesting of him to obtain my prescribed medication. When Officer Jackson requested the Defendant to give me my medication Defendant stated "That he (Officer Jackson) can't make me give you your medication, in fact I'm not giving you your medication", and then walked away. Violating Plaintiff's 5th, 8th and 14th Amendments of the United States Constitutional Rights.  Officer Jackson informed Plaintiff to file a grievance and later returned with the grievance form, as well as made a written statement to his superior about the confrontation.

## ATTACHMENT 2

**THEREFORE,** This Honorable Court should award Plaintiff the sum of
$200,000.00 for the intentional wanton violations of Plaintiff's Federally protected
Constitutional Rights by the Defendant by which the intent was to allow Plaintiff to
suffer an infectious disease that causes fever, pains and weakness as well as possible
death, intentionally denying Plaintiff's his medication know it to reduce pain and
suffering, under color of state law upon personal reasons. Plaintiff is asking for this
amount not only for the intentional pain and suffering caused to him but also to thwart
any future arbitrary wanton violations of the United States Constitutional Amendments
and laws thereof by ant medical or other staff members at the Frederick County Adult
Detention Center, which clearly states within it's own policy. " Harassment or
discrimination will not be tolerated by or from staff and/or inmate population of this
facility".

# FREDERICK COUNTY ADULT DETENTION CENTER
## *MEDICAL UNIT CHARGE SHEET*

Inmate Name/I.D. Number _Hall Kenneth_

Housing Assignment _F_          Date of Charge _10/16/07_

### SERVICES
### (Check Service Provided)

| Service | Check | Price | # of Meds | Total |
|---|---|---|---|---|
| Sick Call | [✗] | $4.00 | | 4.00 |
| Physician Visit (Doctor) | [ ] | $4.00 | | |
| Dental Screening | [ ] | $4.00 | | |
| Vision Screening | [ ] | $4.00 | | |
| Prescription Medication | [ ] | $4.00 | | |
| OTC Medication | [✗] | $4.00 | | 4.00 |
| Medical Follow-Up | [ ] | No Charge | | |
| Medical Emergency | [ ] | No Charge | | |
| | | **Total** | | 8.00 |

Medication(s) Received [✓]   Medication(s) Not Received [ ]

Medical Staff Signature _O'Callaghan_          Date/Time _10/16/07 1030_

Inmate Signature _Kenneth C Hall_          Date/Time _____

HSA Signature _____          Date/Time _____

Accounts Clerk Signature _____

Date/Time _____

Cost Deducted [ ]     Indigent [ ]     No Charge [ ]

White – Account File   Pink – Inmate Copy   Yellow – Medical File          FCADC #181 (Revised 4/02)

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, that a copy of the forgoing Civil Complaint Under The Civil Rights Act, 42 U.S.C. Section 1983 and Leave to Proceed In Forma Paupers were mailed postage pre-paid to the Attorney General at 200 St. Paul Place, Baltimore, MD 21202.